(No. 5025.    February 29, 1928.)

THE PARIS COMPANY, a Corporation, Appellant, v. MAUDE B. MAYNARD and MATTIE G. G. GIL-LETTE, Sometimes Known as MATTIE SMITH, a Copartnership Doing Business Under the Firm Name and Style of the FASHION SHOP, Defendants, and LUCY ANNA SMITH and BERTHA MAXINE SMITH, Respondents.

[264 Pac. 877.]

APPEAL from the District Court of the Eleventh Judicial District, for Minidoka County.    Hon. T. Bailey Lee, Judge.

Action for purchase price of goods sold and delivered. Judgment for defendants and respondents.    *Affirmed.*

B. W. Davis, for Appellant.

Harmon E. Hosier, for Respondent.

BRINCK, District Judge.—In an action brought to collect for goods sold and delivered, attachment was levied upon lands not standing of record in the name of either defendant.    The holders of the record title intervened, claiming ownership and asking that the lien of the attachment be removed.    From a judgment for the only defendant served and for the intervenors, plaintiff appeals.

An examination of the record sustains none of appellant's assignments of error and the judgment appealed from is affirmed.

Wm. E. Lee, C. J., and Budge, Givens and Taylor, JJ., concur.

T. Bailey Lee, J., disqualified.